■ TERRENCE L. QUIGG et al., Respondents, v THOMAS J. MURPHY et al., Appellants. [885 NYS2d 698]—Appeal from an order of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered October 3, 2008 in a personal injury action. The order, insofar as appealed from, granted in part the motion of plaintiffs to set aside the jury verdict.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Pine, JJ.